**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REGOLE'S HARVEST STORE, INC.   § Case No. 10-12617
                                      §
                                      §
Debtor(s)                             §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 23, 2010. The undersigned trustee was appointed on March 23, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $    63,250.27

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 11,250.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $    52,000.27 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/19/2010 and the deadline for filing governmental claims was 10/19/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,403.97. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,403.97, for a total compensation of $6,403.97.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $229.95, for total expenses of $229.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/08/2011          By: /s/JOSEPH R. VOILAND
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.

**Period Ending:** 01/08/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 03/23/10 (f)  
**§341(a) Meeting Date:** 05/03/10  
**Claims Bar Date:** 10/19/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Misc. accounts receivable | 27,293.00 | 27,293.00 | | 7,257.95 | FA |
| 2 | Misc. fixtures of retail farm store | Unknown | Unknown | | 20,000.00 | FA |
| 3 | Misc. Inventory of Retail farm store | Unknown | Unknown | | 20,000.00 | FA |
| 4 | cargill refund (u) | 0.00 | 3,157.80 | | 3,157.80 | FA |
| 5 | Principal Financial Group (u) | 0.00 | 168.30 | | 321.30 | FA |
| 6 | 2009 Chevrolet cube van (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.22 | Unknown |
| 7 | Assets  Totals (Excluding unknown values) | **$27,293.00** | **$43,119.10** | | **$63,250.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**

Printed: 01/08/2011 08:57 AM    V.12.54

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.  
**Taxpayer ID #:** **-***9005  
**Period Ending:** 01/08/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | {1} | Hosanna! Lutheran Church | payment of acct ount receivable | 1129-000 | 116.68 | | 116.68 |
| 04/21/10 | {1} | Votavas Lawn Care | payment of acct ount receivable | 1129-000 | 20.64 | | 137.32 |
| 04/21/10 | {1} | Lutheran Social Services of Illinois | payment of acct ount receivable | 1129-000 | 97.48 | | 234.80 |
| 04/21/10 | {1} | Mark P. Koerner | payment of account receivable | 1129-000 | 27.33 | | 262.13 |
| 04/21/10 | {1} | Robert Archibald | payment of account receivable | 1129-000 | 1,216.02 | | 1,478.15 |
| 04/21/10 | {5} | Principal Financial Group | premium refund | 1290-000 | 153.00 | | 1,631.15 |
| 04/21/10 | {1} | Montessori Education Centers Assoc., Inc. | payment of account receivable | 1129-000 | 69.36 | | 1,700.51 |
| 04/21/10 | {1} | Kickapoo Farms LLC | payment of account receivable | 1129-000 | 181.54 | | 1,882.05 |
| 04/21/10 | {1} | Village of South Elgin | payment of account receivable | 1129-000 | 133.96 | | 2,016.01 |
| 04/21/10 | {1} | Donald G. Jeschke | payment of account receivable | 1129-000 | 225.25 | | 2,241.26 |
| 04/21/10 | {1} | Arabian Knights Farms & Training Center, Inc. | payment of account receivable | 1129-000 | 2,059.70 | | 4,300.96 |
| 04/21/10 | {1} | MBA Equestrians, Inc. | payment of account receivable | 1129-000 | 1,220.66 | | 5,521.62 |
| 04/21/10 | {1} | Oinmar | payment of account receivable | 1129-000 | 6.60 | | 5,528.22 |
| 04/21/10 | {1} | D & D Commodities, Ltd. | payment of account receivable | 1129-000 | 18.48 | | 5,546.70 |
| 04/21/10 | {1} | Kent Nutrition Group, Inc. | payment of account receivable | 1129-000 | 79.10 | | 5,625.80 |
| 04/21/10 | {1} | Spring House Racing LLC | payment of account receivable | 1129-000 | 367.51 | | 5,993.31 |
| 04/21/10 | {1} | James F. Cooke | payment of account receivable | 1129-000 | 726.07 | | 6,719.38 |
| 04/21/10 | {1} | Corwith Hamill House Account | payment of account receivable | 1129-000 | 103.60 | | 6,822.98 |
| 04/21/10 | {1} | Capone's Hideaway Lodge, Inc. | payment of account receivable | 1129-000 | 240.35 | | 7,063.33 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 7,063.43 |
| 05/11/10 | {1} | Lisa Koerner | account receivable | 1129-000 | 347.62 | | 7,411.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,411.49 |
| 06/11/10 | {4} | Charlene M. Hamer | Cargill refund | 1290-000 | 3,157.80 | | 10,569.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 10,569.82 |
| 07/03/10 | | Earle Jean Mohr | auction purchase proceeds | | 40,000.00 | | 50,569.82 |
| | {2} | | 20000        20,000.00 | 1129-000 | | | 50,569.82 |
| | {3} | | 20,000.00 | 1129-000 | | | 50,569.82 |
| 07/03/10 | {6} | Martin Auction Services, LLC Escrow | auction proceeds | 1229-000 | 12,500.00 | | 63,069.82 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.14 | | 63,072.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.74 | | 63,076.70 |
| 09/03/10 | 1001 | Ed Regole | payment of administrative expenses per order of court dtd 8/19/10 | 2410-000 | | 10,000.00 | 53,076.70 |
| 09/03/10 | 1002 | Martin Auction Services | auctioneer fees re cube van | 3610-000 | | 1,250.00 | 51,826.70 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 51,828.06 |

Subtotals : $63,078.06    $11,250.00

{} Asset reference(s)

Printed: 01/08/2011 08:57 AM    V.12.54

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  

**Taxpayer ID #:** **-***9005  
**Period Ending:** 01/08/11  

**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 51,829.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 51,830.65 |
| 12/16/10 | {5} | Principal Financial Group | premium refund | 1290-000 | 168.30 | | 51,998.95 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 52,000.27 |
| | | | **ACCOUNT TOTALS** | | 63,250.27 | 11,250.00 | **$52,000.27** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 63,250.27 | 11,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,250.27** | **$11,250.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******83-65** | 63,250.27 | 11,250.00 | 52,000.27 |
| | $63,250.27 | $11,250.00 | $52,000.27 |

{} Asset reference(s)                              Printed: 01/08/2011 08:57 AM        V.12.54

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-12617
Case Name: REGOLE'S HARVEST STORE, INC.
Trustee Name: JOSEPH R. VOILAND

**Balance on hand:**   $   52,000.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   52,000.27

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 6,403.97 | 0.00 | 6,403.97 |
| Trustee, Expenses - JOSEPH R. VOILAND | 229.95 | 0.00 | 229.95 |

Total to be paid for chapter 7 administration expenses:   $   6,633.92
Remaining balance:   $   45,366.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   45,366.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $58,348.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Internal Revenue Service | 418.32 | 0.00 | 234.22 |
| | Internal Revenue Service | 1,788.70 | 0.00 | 1,001.49 |
| 4P | Illinois Department of Employment Security | 808.55 | 0.00 | 452.70 |
| 15P | Illinois Department of Revenue | 26,483.40 | 0.00 | 14,827.94 |
| 19 | Mark Regole | 5,400.00 | 0.00 | 5,400.00 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 23P | Mary Miller | 11,725.00 | 0.00 | 11,725.00 |
| 24P | Jesse Miller | 11,725.00 | 0.00 | 11,725.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 45,366.35 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 221,388.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Avaya Inc | 53.44 | 0.00 | 0.00 |
| 1U | Avaya Inc | 105.56 | 0.00 | 0.00 |
| 2 | BB&T Commercial | 3,197.88 | 0.00 | 0.00 |
| 3 | CIT Communications Finance Corp | 7,216.62 | 0.00 | 0.00 |
| 4U | Illinois Department of Employment Security | 160.00 | 0.00 | 0.00 |
| 5 | Farmers Feed Mill | 12,498.72 | 0.00 | 0.00 |
| 6 | S&K products | 239.17 | 0.00 | 0.00 |
| 7 | Middle West Distributors, Inc. | 8,012.88 | 0.00 | 0.00 |
| 8 | United Propane | 3,654.28 | 0.00 | 0.00 |
| 9 | Schillinger Salt | 12,624.39 | 0.00 | 0.00 |
| 10 | Economy Feed Mill | 4,454.30 | 0.00 | 0.00 |
| 11 | Heritage Trading Company | 2,126.27 | 0.00 | 0.00 |
| 12 | Rosenthal Group | 79.00 | 0.00 | 0.00 |
| 13 | Garver Feeds | 13,086.48 | 0.00 | 0.00 |
| 14 | General Pet | 7,705.10 | 0.00 | 0.00 |
| 15U | Illinois Department of Revenue | 3,142.56 | 0.00 | 0.00 |
| 16 | Delong Company | 31,201.85 | 0.00 | 0.00 |
| 17 | General Pet Supply Inc | 7,705.10 | 0.00 | 0.00 |
| 18 | Gold Crest Distributing | 2,538.00 | 0.00 | 0.00 |
| 20 | Tarter Gate | 689.90 | 0.00 | 0.00 |
| 21 | Charjans Distributors, Inc. | 19,669.92 | 0.00 | 0.00 |
| 22 | Edward Regole | 24,150.00 | 0.00 | 0.00 |
| 23U | Mary Miller | 4,418.12 | 0.00 | 0.00 |
| 24U | Jesse Miller | 4,418.44 | 0.00 | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**