**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REGOLE'S HARVEST STORE, INC.   § Case No. 10-12617
§
§
Debtor(s)   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 3/24/2011 in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/08/2011          By:  JOSEPH R. VOILAND
                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: REGOLE'S HARVEST STORE, INC.      § Case No. 10-12617
                                         §
                                         §
Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 63,250.27 |
| *and approved disbursements of* | $ 11,250.00 |
| *leaving a balance on hand of* [1] | $ 52,000.27 |
| **Balance on hand:** | $ 52,000.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 52,000.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 6,403.97 | 0.00 | 6,403.97 |
| Trustee, Expenses - JOSEPH R. VOILAND | 229.95 | 0.00 | 229.95 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 6,633.92 |
| Remaining balance: | $ 45,366.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 45,366.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $58,348.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | 418.32 | 0.00 | 234.22 |
|  | Internal Revenue Service | 1,788.70 | 0.00 | 1,001.49 |
| 4P | Illinois Department of Employment Security | 808.55 | 0.00 | 452.70 |
| 15P | Illinois Department of Revenue | 26,483.40 | 0.00 | 14,827.94 |
| 19 | Mark Regole | 5,400.00 | 0.00 | 5,400.00 |
| 23P | Mary Miller | 11,725.00 | 0.00 | 11,725.00 |
| 24P | Jesse Miller | 11,725.00 | 0.00 | 11,725.00 |

Total to be paid for priority claims: $ 45,366.35
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 221,388.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Avaya Inc | 53.44 | 0.00 | 0.00 |
| 1U | Avaya Inc | 105.56 | 0.00 | 0.00 |
| 2 | BB&T Commercial | 3,197.88 | 0.00 | 0.00 |
| 3 | CIT Communications Finance Corp | 7,216.62 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 4U | Illinois Department of Employment Security | 160.00 | 0.00 | 0.00 |
| 5 | Farmers Feed Mill | 12,498.72 | 0.00 | 0.00 |
| 6 | S&K products | 239.17 | 0.00 | 0.00 |
| 7 | Middle West Distributors, Inc. | 8,012.88 | 0.00 | 0.00 |
| 8 | United Propane | 3,654.28 | 0.00 | 0.00 |
| 9 | Schillinger Salt | 12,624.39 | 0.00 | 0.00 |
| 10 | Economy Feed Mill | 4,454.30 | 0.00 | 0.00 |
| 11 | Heritage Trading Company | 2,126.27 | 0.00 | 0.00 |
| 12 | Rosenthal Group | 79.00 | 0.00 | 0.00 |
| 13 | Garver Feeds | 13,086.48 | 0.00 | 0.00 |
| 14 | General Pet | 7,705.10 | 0.00 | 0.00 |
| 15U | Illinois Department of Revenue | 3,142.56 | 0.00 | 0.00 |
| 16 | Delong Company | 31,201.85 | 0.00 | 0.00 |
| 17 | General Pet Supply Inc | 7,705.10 | 0.00 | 0.00 |
| 18 | Gold Crest Distributing | 2,538.00 | 0.00 | 0.00 |
| 20 | Tarter Gate | 689.90 | 0.00 | 0.00 |
| 21 | Charjans Distributors, Inc. | 19,669.92 | 0.00 | 0.00 |
| 22 | Edward Regole | 24,150.00 | 0.00 | 0.00 |
| 23U | Mary Miller | 4,418.12 | 0.00 | 0.00 |
| 24U | Jesse Miller | 4,418.44 | 0.00 | 0.00 |
| 25 | Jesse & Mary Miller | 48,241.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $            0.00
Remaining balance:     $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $            0.00
Remaining balance:     $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: preed                 Page 1 of 2                   Date Rcvd: Feb 14, 2011
Case: 10-12617                Form ID: pdf006             Total Noticed: 64

The following entities were noticed by first class mail on Feb 16, 2011.
db           +Regole's Harvest Shoppe, Inc.,    2N492 Kirk Rd.,    Saint Charles, IL 60174-3414
aty          +John S Biallas,    John S. Biallas, Attorney At Law,    3N918 Sunrise Lane,
               St Charles, IL 60174-5081
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
15302688     +Activant Solutions,    PO BOX 660147,    Dallas, TX 75266-0147
15302689     +Allied Waste,    PO BOX 9001154,    Louisville, KY 40290-1154
15302690     +Avaya,    PO BOX 93000,    Chicago, IL 60673-3000
15302691     +Avaya,    14400 Hertz Quail Spring Parkway,    Oklahoma City, OK 73134-2615
15366346     +Avaya Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
15302694      BB&T Commercial,    @ vengraff, Williams & Assoc.,    PO BOX 4155,    Sarasota, FL 34230-4155
15302692     +Barrik, Switzer et. al. LLP,    6833 Stalter Ave.,    Rockford, IL 61108-2579
15815635     +CIT Communications Finance Corp,    dba Avaya Fin. Serv. fka AT&T Credit Cor,    Atten: BK Dept.,
               1 CIT Drive Suite 4202B,    Livingston, NJ 07039-5703
15302695     +Charjans Distributing,    5051 Forest Hills Ct.,    Loves Park, IL 61111-8303
16263082     +Charjans Distributors, Inc.,    c/o Attorney Douglas R. Henry,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15302696     +Contract Systems Corp.,    208 N. Washington St.,    Naperville, IL 60540-4514
15302697     +DD Industries,    4040 S. Normal ave.,    Chicago, IL 60609-2722
15302698     +Delong Company,    PO BOX 552,    Clinton, WI 53525-0552
15302699     +Deutsch's Truck Repair,    625 W. Roosevelt Rd,    West Chicago, IL 60185-4812
15302700     +Doctor's Choice,    PO BOX 452,    Sauk City, WI 53583-0452
15302701     +Economy Feed Mill,    PO BOX 427,    366 Wall Street,    Bloomington, WI 53804-0427
15302702     +Edward Regole,    2N492 Kirk Road,    Saint Charles, IL 60174-3414
15302703     +Erva/Nature House,    PO BOX 183019,    Columbus, OH 43218-3019
15302704     +Farmers Feed Mill,    251 West Louden Ave.,    Lexington, KY 40508-1290
15302705     +Feece Oil,    1700 Hubbard Drive,    Batavia, IL 60510-1424
15302706     +Freeman, Bazos, et al,    1250 Larkin Ave.,    ste 100,    Elgin, IL 60123-6078
15302711      GMAC,    PO BOX 380901,    Minneapolis, MN 55438-0901
15302707     +Garver Feeds,    1005 Paramount Parkway,    Batavia, IL 60510-1454
15302708     +Gem Ponds,    701 E. Foster Ave.,    Roselle, IL 60172-3034
15302709     +General Pet,    PO BOX 245031,    Milwaukee, WI 53224-9531
16110688     +General Pet Supply Inc,    Solomon & Leadley,    320 East Indiana Trail,    Aurora IL 60505-1760
15302710     +Glen Harvy & Son,    5011 Nichols Rd,    Kalamazoo, MI 49004-3113
16110699     +Gold Crest Distributing,    Solomon & Leadley,    320 East Indian Trail,    Aurora IL 60505-1760
15302712     +Goldcrest Distributors,    PO BOX 157,    Mexico, MO 65265-0157
15302713     +Grange Insurance,    PO BOX 3177,    Cincinnati, OH 45274-0001
15302714     +Heritage Trading Company,    Attn: Barb Hubers,    1300 Corporate Center Curve,
               Eagon MN 55121-2487
15302715     +Huntington,    105 E. 4th Street,    STE 200,    Cincinnati, OH 45202-4009
15302716    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 West Randolf Street,    Chicago, IL 60601)
15302718    ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
               230 S Dearborn Street,    Chicago, IL 60604)
15919789     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
16042076      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15302717     +Integrity Payments,    1700 Higgins Rd.,    Ste 690,    Des Plaines, IL 60018-6411
15302719     +Jesse & Mary Miller,    2S254 Rt. 59,    Warrenville, IL 60555-1277
15302720     +Jesse Miller,    2S254 Rt. 59,    Warrenville, IL 60555-1277
15302721     +Land O Lakes/Purina,    @ Rausch Milliken International, In,    PO BOX 8380,    Metairie, LA 70011
15302722     +Mark Regole,    2N492 Kirk Rd.,    Saint Charles, IL 60174-3414
15302723     +Mary Miller,    2S254 Rt. 59,    Warrenville, IL 60555-1277
15942232     +Middle West Distributors, Inc.,    c/o Kohner, Mann & Kailas, S.C.,
               4650 North Port Washington Road,    Milwaukee, Wisconsin 53212-1077
15302724     +Middlewest Distributors,    1195 Atlantic Drive,    West Chicago, IL 60185-5104
15302727     +Prosek's Greenhouse,    28W140 High Lake Rd.,    Winfield, IL 60190-1239
15302728     +R. Robert Bailie,    740 Twin Rail Drive,    Minooka, IL 60447-8850
15302729     +RBS World Pay,    ste 260,    600 Morgan Falls Rd,    Atlanta, GA 30350-5813
15302731     +Rosenthal Group,    PO BOX 642,    Saint Charles, IL 60174-0642
15302732     +S&K products,    4540 Route 127,    PO BOX 166,    Coldwater, OH 45828-0166
15302733     +Schillinger Salt,    PO BOX 478,    Chicago Ridge, IL 60415-0478
15302735     +Siemer Enterprises,    PO BOX 580,    Teutopolis, IL 62467-0580
15302736     +Stovall,    PO BOX 186,    9214 Cedar Creek Rd.,    Delton, MI 49046-8666
15302737     +Suburban Publications,    1101 W. 31st St.,    Ste 100,    Downers Grove, IL 60515-5581
15302739     +TLC Bedding,    PO BOX 9,    Centerville, AR 72829-0009
15302738     +Tarter Gate,    PO BOX 82,    Dunnville, KY 42528-0082
15302740     +United Propane,    3805 clearview ct.,    Gurnee, IL 60031-1247
15302741     +Water Options,    PO BOX 370,    Aurora, IL 60507-0370
15302742     +Wibben Locksmith,    1719 Pleasant Ave.,    Saint Charles, IL 60174-4548

The following entities were noticed by electronic transmission on Feb 14, 2011.
15302693     +E-mail/Text: bankruptcy@bbandt.com                            BB&T Commercial,    317 W. High St.,
               PO BOX 310,    High Point, NC 27261-0310
15302725     +E-mail/Text: bankruptcy@paetec.com                            Paetec,    PO BOX 3177,
               Cedar Rapids, IA 52406-3177
15302726     +E-mail/Text: kelly.bauer@prince-corp.com                            Prince Corp.,
               8351 County Highway H.,    Marshfield, WI 54449-8502
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: preed              Page 2 of 2               Date Rcvd: Feb 14, 2011
Case: 10-12617                Form ID: pdf006          Total Noticed: 64
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15302734      Shell Fleet,    PO BOX 183019
15302730      ##+Red Dingo,   4028 148th Ave. NE,   Redmond, WA 98052-5165
                                                                                  TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**                    **Signature:**    _Joseph Speetjens_