# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: REGOLE'S HARVEST STORE, INC.         § Case No. 10-12617
                                            §
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $34,714.35 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $17,883.92 | |

3) Total gross receipts of $ 63,253.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $63,253.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,883.92 | 17,883.92 | 17,883.92 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 56,141.95 | 58,348.97 | 34,714.35 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 221,388.66 | 221,388.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $295,414.53 | $297,621.87 | $52,598.27 |

4) This case was originally filed under Chapter 7 on March 23, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2011          By: /s/JOSEPH R. VOILAND
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. accounts receivable | 1129-000 | 7,257.95 |
| Misc. fixtures of retail farm store | 1129-000 | 20,000.00 |
| Misc. Inventory of Retail farm store | 1129-000 | 20,000.00 |
| cargill refund | 1290-000 | 3,157.80 |
| Principal Financial Group | 1290-000 | 321.30 |
| 2009 Chevrolet cube van | 1229-000 | 12,500.00 |
| Interest Income | 1270-000 | 16.71 |
| **TOTAL GROSS RECEIPTS** | | **$63,253.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 6,403.97 | 6,403.97 | 6,403.97 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 229.95 | 229.95 | 229.95 |
| Ed Regole | 2410-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Martin Auction Services | 3610-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 17,883.92 | 17,883.92 | 17,883.92 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 1,788.70 | 0.00 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 7,212.50 | 0.00 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 418.32 | 0.00 |
| | Illinois Department of Revenue | 5300-000 | N/A | N/A | 865.50 | 865.50 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 418.32 | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 1,788.70 | 0.00 |
| 4P | Illinois Department of Employment Security | 5800-000 | N/A | 808.55 | 808.55 | 452.80 |
| 15P | Illinois Department of Revenue | 5800-000 | N/A | 26,483.40 | 26,483.40 | 14,831.07 |
| 19 | Mark Regole | 5300-000 | N/A | 5,400.00 | 3,474.90 | 3,474.90 |
| 23P | Mary Miller | 5300-000 | N/A | 11,725.00 | 7,545.04 | 7,545.04 |
| 24P | Jesse Miller | 5300-000 | N/A | 11,725.00 | 7,545.04 | 7,545.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 56,141.95 | 58,348.97 | 34,714.35 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Avaya Inc | 7100-000 | N/A | 53.44 | 53.44 | 0.00 |
| 1U | Avaya Inc | 7100-000 | N/A | 105.56 | 105.56 | 0.00 |
| 2 | BB&T Commercial | 7100-000 | N/A | 3,197.88 | 3,197.88 | 0.00 |
| 3 | CIT Communications Finance Corp | 7100-000 | N/A | 7,216.62 | 7,216.62 | 0.00 |
| 4U | Illinois Department of Employment Security | 7100-000 | N/A | 160.00 | 160.00 | 0.00 |
| 5 | Farmers Feed Mill | 7100-000 | N/A | 12,498.72 | 12,498.72 | 0.00 |
| 6 | S&K products | 7100-000 | N/A | 239.17 | 239.17 | 0.00 |
| 7 | Middle West Distributors, Inc. | 7100-000 | N/A | 8,012.88 | 8,012.88 | 0.00 |
| 8 | United Propane | 7100-000 | N/A | 3,654.28 | 3,654.28 | 0.00 |
| 9 | Schillinger Salt | 7100-000 | N/A | 12,624.39 | 12,624.39 | 0.00 |
| 10 | Economy Feed Mill | 7100-000 | N/A | 4,454.30 | 4,454.30 | 0.00 |
| 11 | Heritage Trading Company | 7100-000 | N/A | 2,126.27 | 2,126.27 | 0.00 |
| 12 | Rosenthal Group | 7100-000 | N/A | 79.00 | 79.00 | 0.00 |
| 13 | Garver Feeds | 7100-000 | N/A | 13,086.48 | 13,086.48 | 0.00 |
| 14 | General Pet | 7100-000 | N/A | 7,705.10 | 7,705.10 | 0.00 |
| 15U | Illinois Department of Revenue | 7100-000 | N/A | 3,142.56 | 3,142.56 | 0.00 |
| 16 | Delong Company | 7100-000 | N/A | 31,201.85 | 31,201.85 | 0.00 |
| 17 | General Pet Supply Inc | 7100-000 | N/A | 7,705.10 | 7,705.10 | 0.00 |
| 18 | Gold Crest Distributing | 7100-000 | N/A | 2,538.00 | 2,538.00 | 0.00 |
| 20 | Tarter Gate | 7100-000 | N/A | 689.90 | 689.90 | 0.00 |
| 21 | Charjans Distributors, Inc. | 7100-000 | N/A | 19,669.92 | 19,669.92 | 0.00 |
| 22 | Edward Regole | 7100-000 | N/A | 24,150.00 | 24,150.00 | 0.00 |
| 23U | Mary Miller | 7100-000 | N/A | 4,418.12 | 4,418.12 | 0.00 |
| 24U | Jesse Miller | 7100-000 | N/A | 4,418.12 | 4,418.44 | 0.00 |
| 25 | Jesse & Mary Miller | 7100-000 | N/A | 48,241.00 | 48,241.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 221,388.66 | 221,388.98 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 03/23/10 (f)  
**§341(a) Meeting Date:** 05/03/10  

**Period Ending:** 08/11/11

**Claims Bar Date:** 10/19/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Misc. accounts receivable | 27,293.00 | 27,293.00 | | 7,257.95 | FA |
| 2 | Misc. fixtures of retail farm store | Unknown | Unknown | | 20,000.00 | FA |
| 3 | Misc. Inventory of Retail farm store | Unknown | Unknown | | 20,000.00 | FA |
| 4 | cargill refund (u) | 0.00 | 3,157.80 | | 3,157.80 | FA |
| 5 | Principal Financial Group (u) | 0.00 | 168.30 | | 321.30 | FA |
| 6 | 2009 Chevrolet cube van (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 16.71 | Unknown |
| 7 | Assets  Totals (Excluding unknown values) | **$27,293.00** | **$43,119.10** | | **$63,253.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 15, 2011          **Current Projected Date Of Final Report (TFR):** February 15, 2011

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.

**Taxpayer ID #:** **-***9005  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/10 | {1} | Hosanna! Lutheran Church | payment of acct ount receivable | 1129-000 | 116.68 | | 116.68 |
| 04/21/10 | {1} | Votavas Lawn Care | payment of acct ount receivable | 1129-000 | 20.64 | | 137.32 |
| 04/21/10 | {1} | Lutheran Social Services of Illinois | payment of acct ount receivable | 1129-000 | 97.48 | | 234.80 |
| 04/21/10 | {1} | Mark P. Koerner | payment of account receivable | 1129-000 | 27.33 | | 262.13 |
| 04/21/10 | {1} | Robert Archibald | payment of account receivable | 1129-000 | 1,216.02 | | 1,478.15 |
| 04/21/10 | {5} | Principal Financial Group | premium refund | 1290-000 | 153.00 | | 1,631.15 |
| 04/21/10 | {1} | Montessori Education Centers Assoc., Inc. | payment of account receivable | 1129-000 | 69.36 | | 1,700.51 |
| 04/21/10 | {1} | Kickapoo Farms LLC | payment of account receivable | 1129-000 | 181.54 | | 1,882.05 |
| 04/21/10 | {1} | Village of South Elgin | payment of account receivable | 1129-000 | 133.96 | | 2,016.01 |
| 04/21/10 | {1} | Donald G. Jeschke | payment of account receivable | 1129-000 | 225.25 | | 2,241.26 |
| 04/21/10 | {1} | Arabian Knights Farms & Training Center, Inc. | payment of account receivable | 1129-000 | 2,059.70 | | 4,300.96 |
| 04/21/10 | {1} | MBA Equestrians, Inc. | payment of account receivable | 1129-000 | 1,220.66 | | 5,521.62 |
| 04/21/10 | {1} | Oinmar | payment of account receivable | 1129-000 | 6.60 | | 5,528.22 |
| 04/21/10 | {1} | D & D Commodities, Ltd. | payment of account receivable | 1129-000 | 18.48 | | 5,546.70 |
| 04/21/10 | {1} | Kent Nutrition Group, Inc. | payment of account receivable | 1129-000 | 79.10 | | 5,625.80 |
| 04/21/10 | {1} | Spring House Racing LLC | payment of account receivable | 1129-000 | 367.51 | | 5,993.31 |
| 04/21/10 | {1} | James F. Cooke | payment of account receivable | 1129-000 | 726.07 | | 6,719.38 |
| 04/21/10 | {1} | Corwith Hamill House Account | payment of account receivable | 1129-000 | 103.60 | | 6,822.98 |
| 04/21/10 | {1} | Capone's Hideaway Lodge, Inc. | payment of account receivable | 1129-000 | 240.35 | | 7,063.33 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 7,063.43 |
| 05/11/10 | {1} | Lisa Koerner | account receivable | 1129-000 | 347.62 | | 7,411.05 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,411.49 |
| 06/11/10 | {4} | Charlene M. Hamer | Cargill refund | 1290-000 | 3,157.80 | | 10,569.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 10,569.82 |
| 07/03/10 | | Earle Jean Mohr | auction purchase proceeds | | 40,000.00 | | 50,569.82 |
| | {2} | | 20000     20,000.00 | 1129-000 | | | 50,569.82 |
| | {3} | | 20,000.00 | 1129-000 | | | 50,569.82 |
| 07/03/10 | {6} | Martin Auction Services, LLC Escrow | auction proceeds | 1229-000 | 12,500.00 | | 63,069.82 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.14 | | 63,072.96 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.74 | | 63,076.70 |
| 09/03/10 | 1001 | Ed Regole | payment of administrative expenses per order of court dtd 8/19/10 | 2410-000 | | 10,000.00 | 53,076.70 |
| 09/03/10 | 1002 | Martin Auction Services | auctioneer fees re cube van | 3610-000 | | 1,250.00 | 51,826.70 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.36 | | 51,828.06 |

Subtotals :     $63,078.06     $11,250.00

{} Asset reference(s)

Printed: 08/11/2011 04:44 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.  

**Taxpayer ID #:** **-***9005  
**Period Ending:** 08/11/11  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 51,829.38 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 51,830.65 |
| 12/16/10 | {5} | Principal Financial Group | premium refund | 1290-000 | 168.30 | | 51,998.95 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 52,000.27 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.32 | | 52,001.59 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.19 | | 52,002.78 |
| 03/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.98 | | 52,003.76 |
| 03/23/11 | | To Account #9200******8366 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 52,003.76 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 63,253.76 | 63,253.76 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 52,003.76 | |
| | | | **Subtotal** | | 63,253.76 | 11,250.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,253.76** | **$11,250.00** | |

{} Asset reference(s)

Printed: 08/11/2011 04:44 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.  
**Taxpayer ID #:** **-***9005  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/11 | | From Account #9200******8365 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 52,003.76 | | 52,003.76 |
| 03/24/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $6,403.97, Trustee Compensation; Reference: | 2100-000 | | 6,403.97 | 45,599.79 |
| 03/24/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $229.95, Trustee Expenses; Reference: | 2200-000 | | 229.95 | 45,369.84 |
| 03/24/11 | 103 | Internal Revenue Service | Dividend paid 100.00% on $7,212.50; Filed: $0.00 for Federal W/H Voided on 05/14/11 | 5300-000 | | 7,212.50 | 38,157.34 |
| 03/24/11 | 104 | Internal Revenue Service | Dividend paid 100.00% on $1,788.70; Filed: $0.00 for FICA Voided on 05/14/11 | 5300-000 | | 1,788.70 | 36,368.64 |
| 03/24/11 | 105 | Internal Revenue Service | Dividend paid 100.00% on $418.32; Filed: $0.00 for Medicare Voided on 05/14/11 | 5300-000 | | 418.32 | 35,950.32 |
| 03/24/11 | 106 | Illinois Department of Revenue | Dividend paid 100.00% on $865.50; Filed: $0.00 for State W/H | 5300-000 | | 865.50 | 35,084.82 |
| 03/24/11 | 107 | Mark Regole | Dividend paid 100.00% on $3,474.90; Claim# 19; Final distribution | 5300-000 | | 3,474.90 | 31,609.92 |
| 03/24/11 | 108 | Mary Miller | Dividend paid 100.00% on $7,545.04; Claim# 23P; Final distribution | 5300-000 | | 7,545.04 | 24,064.88 |
| 03/24/11 | 109 | Jesse Miller | Dividend paid 100.00% on $7,545.04; Claim# 24P; Final distribution | 5300-000 | | 7,545.04 | 16,519.84 |
| 03/24/11 | 110 | Internal Revenue Service | Dividend paid 56.00% on $1,788.70; Filed: $0.00 for FICA Voided on 05/14/11 | 5800-000 | | 1,001.71 | 15,518.13 |
| 03/24/11 | 111 | Internal Revenue Service | Dividend paid 56.00% on $418.32; Filed: $0.00 for Medicare Voided on 05/14/11 | 5800-000 | | 234.26 | 15,283.87 |
| 03/24/11 | 112 | Illinois Department of Employment Security | Dividend paid 56.00% on $808.55; Claim# 4P; Final distribution | 5800-000 | | 452.80 | 14,831.07 |
| 03/24/11 | 113 | Illinois Department of Revenue | Dividend paid 56.00% on $26,483.40; Claim# 15P; Final distribution | 5800-000 | | 14,831.07 | 0.00 |
| 05/14/11 | 103 | Internal Revenue Service | Dividend paid 100.00% on $7,212.50; Filed: $0.00 for Federal W/H Voided: check issued on 03/24/11 | 5300-000 | | -7,212.50 | 7,212.50 |
| 05/14/11 | 104 | Internal Revenue Service | Dividend paid 100.00% on $1,788.70; Filed: $0.00 for FICA Voided: check issued on 03/24/11 | 5300-000 | | -1,788.70 | 9,001.20 |

Subtotals :  $52,003.76   $43,002.56

{} Asset reference(s)  

Printed: 08/11/2011 04:44 PM   V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 10-12617  
**Case Name:** REGOLE'S HARVEST STORE, INC.  
**Taxpayer ID #:** **-***9005  
**Period Ending:** 08/11/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/11 | 105 | Internal Revenue Service | Dividend paid 100.00% on $418.32; Filed: $0.00 for Medicare<br>Voided: check issued on 03/24/11 | 5300-000 | | -418.32 | 9,419.52 |
| 05/14/11 | 110 | Internal Revenue Service | Dividend paid 56.00% on $1,788.70; Filed: $0.00 for FICA<br>Voided: check issued on 03/24/11 | 5800-000 | | -1,001.71 | 10,421.23 |
| 05/14/11 | 111 | Internal Revenue Service | Dividend paid 56.00% on $418.32; Filed: $0.00 for Medicare<br>Voided: check issued on 03/24/11 | 5800-000 | | -234.26 | 10,655.49 |

|  | ACCOUNT TOTALS | 52,003.76 | 41,348.27 | $10,655.49 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 52,003.76 | 0.00 | |
|  | **Subtotal** | 0.00 | 41,348.27 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$41,348.27** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******83-65** | 63,253.76 | 11,250.00 | 0.00 |
| **Checking # 9200-******83-66** | 0.00 | 41,348.27 | 10,655.49 |
| | $63,253.76 | $52,598.27 | $10,655.49 |

{} Asset reference(s)